■ FROST SAND & GRAVEL CORP., Respondent-Appellant, v. CRITERION DEVELOPERS, INC., Appellant-Respondent. BASSETT CONCRETE CORPORATION, Respondent-Appellant.—

Concur— Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.